MEMO ENDORSED

**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113248
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kia Mack, individually and on behalf of all others
similarly situated,

                    Plaintiff,

                  -against-

United Collection Bureau, Inc.,

                    Defendant.

Docket No: 7:17-cv-03434-KMK

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily

dismissed with prejudice against the defendant.

Dated: June 21, 2017

                    **BARSHAY SANDERS, PLLC**

                    By:   */s Craig B. Sanders*
                    Craig B. Sanders
                    100 Garden City Plaza, Suite 500
                    Garden City, New York 11530
                    Tel. (516) 203-7600
                    Email: *ConsumerRights@BarshaySanders.com*
                    Our File No: 113248
                    *Attorneys for Plaintiff*

*The Clerk is directed to close this case, as the Parties have settled.*

*So Ordered.*

7/27/17